| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE**<br>**MINUTE ORDER** |

BEFORE:   A. KATHLEEN TOMLINSON          DATE:   7-1-2014
              U.S. MAGISTRATE JUDGE                TIME:   2:08 p.m.
                                                                         (Includes off record settlement discussions)

*Stevens v. Atlantic Automotive Group, Inc., et al.*
**CV 13-3585 (SJF) (AKT)**

TYPE OF CONFERENCE:          **SETTLEMENT CONFERENCE**

APPEARANCES:   Plaintiff:        Rick Ostrove

                            Defendants:   John Kelly (Atlantic Automotive Group Inc., Jeffrey Peck, Beth
                                                           Sheridan, Atlantic Hyundai, Millennium Toyota)
                                                 Michael Mauro
                                                 John Gentile

                                                 Andrew Turrow ( Jacqueline Brucia)

THE FOLLOWING RULINGS WERE MADE:

     After meeting with counsel and the parties today, I am happy to report that this case is now settled.  Counsel will exchange the settlement documents and will filed the required Stipulation of Discontinuance within 30 days.

                                                                  SO ORDERED

                                                                  /s/ A. Kathleen Tomlinson
                                                                A. KATHLEEN TOMLINSON
                                                                U.S. Magistrate Judge