UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DEBORAH STEVENS,

                      Plaintiff,

                      -against-                                13-CV-3585 (SJF)(AKT)

ATLANTIC AUTOMOTIVE GROUP, INC.,
ATLANTIC HYUNDAI, MILLENNIUM TOYOTA,
JACQUELINE BRUCIA, BETH SHERIDAN,
and JEFFREY PECK, as aiders and abettors,

                      Defendants.
-----------------------------------------------------------------x

## STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants, through their respective undersigned counsel, that the above-captioned action be dismissed in entirety, with prejudice, and with no award of attorneys' fees, costs or disbursements by the Court to any party.

Leeds Brown Law, P.C
*Attorneys for Plaintifff*
One Old Country Road, Suite 347
Carle Place, New York 11514

By: _____
    Rick Ostrove

Meyer, Suozzi, English & Klein, P.C.
*Attorneys for Defendant Jacqueline Brucia*
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York 11530-9194

By: _____
    Andrew J. Turro

Milman Labuda Law Group
*Attorney for Corporate Defendants Beth Sheridan, and Jeff Peck*
3000 Marcus Ave, Suite 3W8
Lake Success, NY 11042

By: _____
    Michael Mauro

SO ORDERED on this _____
day of _____, 2014